FILED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES L. ARMSTRONG, ) | Case No. CV 07-4083-JSL (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| L.E. SCRIBNER, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: 1/15/08

J. Spencer Letts
United States District Judge